B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re **Lorraine Wrightner-Jordan**,  Case No. **13-40417**
         Debtor

Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **70.25**       Check one  ☐ With the filing of the petition, or
                              ☒ On or before **November 14, 2013**

$ **70.25**       on or before **December 13, 2013**

$ **70.25**       on or before **January 13, 2014**

$ **70.25**       on or before **February 12, 2014**

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **NOV 04 2013**

_United States Bankruptcy Judge_